371 A.2d 848

CITIZENS FOR RESPONSIBLE GOVERNMENT et al.

v.

COUNTY BOARD OF ELECTIONS, ALLEGHENY COUNTY, and the committee to protect our chapter, by Michael A. Samraney, Trustee ad litem, Michael Samraney, Individually and on behalf of a class of persons similarly situated, Appellants.

Supreme Court of Pennsylvania.

Argued April 14, 1977.

Decided April 15, 1977.

Edwin H. Beachler, III, Pittsburgh, for appellant.

Alexander J. Jaffurs, County Sol., Donald T. O'Connor, Pittsburgh, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

ORDER

PER CURIAM.

The Order of the trial court granting the peremptory writ of mandamus is affirmed.